1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      RAYSHAWN HAYNES,                         Case No.  1:24-cv-01121-HBK (PC)

12                    Plaintiff,                 ORDER GRANTING APPLICATION TO
                                                 PROCEED *IN FORMA PAUPERIS*
13             v.
                                                 (Doc. No. 5)
14      DE LA CRUZ, et al.,
                                                 ORDER DIRECTING PAYMENT
15                    Defendants.                OF INMATE FILING FEE BY THE
                                                 CALIFORNIA DEPARTMENT OF
16                                               CORRECTIONS

17

18             Plaintiff, a state prisoner, initiated this action on September 20, 2024, by filing a pro se

19      civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, "Complaint").  Plaintiff seeks

20      leave to proceed *in forma pauperis* on his Complaint (Doc. No. 5) and submitted a copy of his

21      prison trust fund statement and/or certification from prison officials in support (Doc. No. 7).

22      Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains

23      obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.  **Pursuant**

24      **to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $5.00[1] (20% of the**

25      **average 6-month deposits to the prisoner's account).**  Thereafter, Plaintiff must make monthly

26

27      _____
        [1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits
        or average monthly balance.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff had over $150.26 in deposits over
28      the relevant six-month period, so his average monthly deposit was $25.04.

1  payments of 20% of the preceding month's income credited to his trust account.  The California

2  Department of Corrections is required to send the initial $5.00 payment to the Clerk of the Court

3  and subsequent payments from Plaintiff's account each time the amount in his account exceeds

4  $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

5  ACCORDINGLY, it is **ORDERED**:

6  1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 5) is GRANTED.

7  2. **The Secretary of the California Department of Corrections, or his designee shall**

8  **forward an initial payment of $5.00 to the Clerk of the Court from Plaintiff's prison trust**

9  **account in accordance with 28 U.S.C. § 1915(b)(1)(B) from any monies in Plaintiff's trust**

10  **fund account and then shall make future monthly payments in an amount equal to twenty**

11  **percent (20%) of the preceding month's income credited to the Plaintiff's trust account each**

12  **time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2),**

13  **until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The

14  payments shall be clearly identified by the name and number assigned to this action.

15  3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's

16  *in forma pauperis* application on the Secretary of the California Department of Corrections, via

17  the court's electronic case filing system (CM/ECF).

18  4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department, U.S.  District Court, Eastern District of California.

20

21  Dated:    October 17, 2024

22  HELENA M. BARCH-KUCHTA
   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2