UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN HAYNES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DELACRUZ,<br><br>　　　　　　Defendant. | 1:24-cv-01121-HBK (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. No. 9) |

On October 22, 2024, Plaintiff filed a second motion to proceed *in forma pauperis*. (Doc. No. 9). Plaintiff previously filed a motion to proceed *in forma pauperis* on October 15, 2024 (Doc. No. 5), which the Court granted on October 17, 2024. (Doc. No. 8).

Accordingly, it is ORDERED:

Plaintiff's second motion to proceed *in forma pauperis* (Doc. No. 9) is DISREGARDED as Moot.

Dated:　October 22, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1