1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11    RAYSHAWN HAYNES,                    Case No.: 1:24-cv-01121 JLT HBK

12                   Plaintiff,           ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS, DISMISSING THE
13           v.                           ACTION WITHOUT PREJUDICE, AND
                                          DIRECTING THE CLERK OF COURT TO
14    DELACRUZ,                           CLOSE THE CASE

15                   Defendant.           (Doc. 13)

16

17          Rayshawn Hayes seeks to hold the defendants, correctional officers at Kern Valley State

18    Prison, liable for violations of his civil rights while incarcerated at the facility.  (*See generally*

19    Doc. 1.)  The assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. §

20    1915A, and found he failed to state a cognizable claim.  (Doc. 11 at 3-9.)  The Court ordered

21    Plaintiff to file any amended complaint no later than December 10, 2024.  (*Id.* at 10.)  Plaintiff

22    did not file an amended complaint or otherwise respond to the Screening Order.

23          The magistrate judge found Plaintiff failed to obey the Court's order and failed to

24    prosecute the action.  (Doc. 13 at 1-2.)  After considering the factors identified by the Ninth

25    Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986), the magistrate judge found

26    terminating sanctions are appropriate.  (*Id.* at 3-4.)  Therefore, the magistrate judge recommended

27    the Court dismiss the action without prejudice.  (*Id.* at 4.)

28          The Court served these Findings and Recommendations on Plaintiff and notified him at

that any objections were due within 14 days.  (Doc. 13 at 5.)  The Court advised him that the "[f]ailure to file any objections within the specified time may result in the waiver of certain rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.   The Findings and Recommendations issued on December 20, 2024 (Doc. 13) are **ADOPTED** in full.

2.   This action is **DISMISSED** without prejudice for Plaintiff's failure to obey the Court's orders and failure to prosecute.

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __January 14, 2025__

UNITED STATES DISTRICT JUDGE